```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      99cr0388-01 (DLC)
                                         :
            -v-                          :         ORDER
                                         :
JOSEPH SAPIA,                            :
                                         :
                  Defendant.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the videoconference held on February 10, 2021, it is hereby

ORDERED that appointed counsel Matthew D. Myers is relieved as counsel for the defendant and the appearance by retained counsel Anthony L. Ricco is accepted.

IT IS FURTHER ORDERED that the Clerk of Court shall terminate Mr. Myers's appearance.

Dated:    New York, New York
          February 10, 2021

                                    _____
                                            DENISE COTE
                                     United States District Judge